AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

**RECEIVED**
By USMS District of Columbia District Court at 5:14 pm, Jun 27, 2025

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Carolyn Bell | )<br>)<br>)<br>)<br>)<br>) |

**Case: 1:25-mj-00106**
**Assigned To: Judge Upadhyaya, Moxila A.**
**Assign. Date: 6/27/2025**
**Description: COMPLAINT W/ARREST WARRANT**

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Carolyn Bell                    ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment   ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ☒ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1791(a)(1) and (b)(1) - Providing Contraband in Prison;
21 U.S.C. § 841(a)(1) and (b)(1)(C) - Unlawful Possession with Intent to Distribute a Mixture or Substance
Containing a Detectable Amount of Fentanyl.

Date:     06/27/2025

*M.A.Upad* _____
*Issuing officer's signature*

City and state:          Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 06/27/2025 , and the person was arrested on *(date)* 07/16/2025<br>at *(city and state)* Washington DC . |
| Date: 07/16/2025          *Stephen H. Lowe* <br>*Arresting officer's signature*<br>Stephen H. Lowe<br>*Printed name and title* |